In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00255-CV
_____

IN THE INTEREST OF N.J.H. AND A.K.L.H.

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-228,452

MEMORANDUM OPINION

The appellant, Randi Eric Haynes, filed a motion to dismiss this restricted appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 2, 2017
Opinion Delivered August 3, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.